# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **Mirror Imaging LLC,**<br><br>    **Plaintiffs,**<br><br>v.<br><br>**BOKF, NA,**<br>**First National Bank of Omaha,**<br>**First National Bank Texas,**<br><br>    **Defendants.** | **Consolidated Civil**<br>**Action No. 2:17-cv-00507-JRG**<br>**Lead Case**<br><br>Civil Action No. 2:17-cv-00508-JRG<br>Civil Action No. 2:17-cv-00509-JRG |

## JOINT NOTICE OF MEDIATOR

Plaintiff Mirror Imaging, LLC and Defendants BOKF, NA, First National Bank of Omaha and First National Bank Texas hereby advise the Court that they have agreed upon William Cornelius of the firm Wilson, Robertson & Cornelius, P.C., 909 ESE Loop 323, Suite 400, Tyler, Texas, as mediator in the instant consolidated cases.

Dated: September 22, 2017                    Respectfully submitted,

                                By    /s/ gary m. anderson
                                      Gary M. Anderson
                                      FULWIDER PATTON LLP
                                      6100 Center Drive, Suite 1200
                                      Los Angeles, CA 90045
                                      Tel. (310) 824-5555
                                      Fax (310) 824-9696
                                      Email: ganderson@fulpat.com

J. Stephen Ravel
Texas State Bar No. 16584975
KELLY HART & HALLMAN LLP
303 Colorado, Ste. 2000
Austin, Texas 78701
Tel: (512) 495-6400
Fax: (512) 495-6401
Email: steve.rave@kellyhart.com

**ATTORNEYS FOR DEFENDANT AND COUNTERCLAIM-PLAINTIFF FIRST NATIONAL BANK TEXAS IN CONNECTION WITH ALLEGATIONS ARISING IN CONSOLIDATED CASE NO. 2:17-CV-00507-JRG**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of September 2017, a true and correct copy of this document was served on all parties of record via the Court's Electronic Case File ("ECF") system.

                        *By*    */s/ gary m. anderson*
                                 Gary M. Anderson

992523.1